IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN MULLER | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BRISTOL TOWNSHIP and the BRISTOL TOWNSHIP POLICE DEPARTMENT | : | |
| | : | |
| Defendants. | : | NO. 09-1086 |

# **ORDER**

AND NOW, this 17th day of September, 2009, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Docket No. 4), Plaintiff's response (Docket No. 5), and following oral argument on September 1, 2009, it is hereby ORDERED that the Motion is GRANTED without prejudice.

The Clerk of Court is instructed to CLOSE this case for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE